PER CURIAM.
The briefs and record on appeal having been read and given full consideration, and appellant having failed to demonstrate reversible error, the judgment of the trial court is affirmed. See Meinsen v. State, Fla.App.1970, 240 So.2d 188; Brown v. State, Fla.App.1966, 191 So.2d 612; Thomas *348 v. State, Fla.App.1966, 190 So.2d 361; Fisher v. State, Fla.App.1970, 239 So.2d 863; Byrd v. State, Fla.App.1971, 243 So.2d 1; Powell v. .State, Fla.App.1971, 244 So.2d 746; and Coleman v. State, Fla.App.1967, 193 So.2d 699.
Affirmed.
REED, OWEN and MAGER, JJ., concur.